■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR KEVIN THOMAS, Appellant. [616 NYS2d 295] —Judgment unanimously affirmed. Memorandum: We reject the contention that defendant's absence during a *Sandoval* conference warrants reversal. Subsequent proceedings held on the record in defendant's presence constituted a de novo *Sandoval* hearing *(see, People v Russell,* 191 AD2d 1001, *lv denied* 81 NY2d 1019; *People v Berger,* 188 AD2d 1073, 1074, *lv denied* 81 NY2d 881).

The contention that defendant was denied effective assistance of counsel is without merit. The constitutional standard for meaningful representation was satisfied *(see, People v Baldi,* 54 NY2d 137, 147). Upon our review of the record, we conclude that the verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant's sentence is neither harsh nor excessive.

We have reviewed the contentions contained in defendant's *pro se* supplemental brief and find them to be without merit. (Appeal from Judgment of Erie County Court, Drury, J.—Sodomy, 1st Degree.) Present—Pine, J. P., Balio, Fallon, Wesley and Davis, JJ.